```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DONAHUE FIELDS,                                            :
                                                           :
                              Plaintiff,                   :
                                                           :         25-CV-5125 (VSB)
                -against-                                  :
                                                           :              ORDER
2234 EAST SIDE DELI INC., et al.,                          :
                                                           :
                              Defendants.                  :
                                                           :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

  Plaintiff filed this action on June 18, 2025, (Doc. 1), and filed affidavits of service on August 7, 2025, (Docs. 8–9). The deadline for Defendants to respond to Plaintiff's complaint was August 12, 2025. To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 15, 2025. If Plaintiff fails to do so or otherwise demonstrate intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 21, 2025
    New York, New York

                      _____
                      VERNON S. BRODERICK
                      United States District Judge