# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

August 29, 2025

**VIA CM/ECF**
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square - Courtroom 518
New York, New York 10007

        **Re:**    **Fields v. 2234 East Side Deli Inc., et al.**
                **Case 1:25-cv-05125-VSB-GWG**

 Dear Judge Broderick:

Plaintiff's undersigned counsel is pleased to report, that the above-referenced matter has been settled in principle, and that settlement agreements have been promptly drafted and circulated for approval.  Upon completion of the settlement payment/terms, it is anticipated that the parties shall subsequently file a Stipulation of Dismissal With Prejudice shortly thereafter.

Plaintiff's counsel, therefore, respectfully requests that the Court kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 90 days of such Order in the event the settlement agreement is not completed and executed within that time period.

Kindly cancel all upcoming events along with any pending deadlines in this matter.

Thank you for your consideration.

Sincerely,

By:  /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com